No. 02–6752. CIPRIANO v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6761. BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6762. ALTVATER v. SUPREME COURT OF NEW YORK ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6763. LORY v. STENDER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6765. DAY v. SPRATLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6766. SAPEU v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–6775. MERRIWEATHER v. HOFBAUER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–6776. RIVERA-CARRILLO v. OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 02–6784. MATTHEWS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–6785. NELSON v. TURNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6786. MOATS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–6793. BANSHEE, AKA BUTLER v. GUNN, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6796. KULAS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6797. BUTLER v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.